IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

**KRISTI HEATH**

       **Plaintiff,**

v.                                                              CV 08-PT-1594-E

**ALABAMA GAS CORPORATION,**
et al

       **Defendants.**

### ORDER OF DISMISSAL

The court having been advised by counsel that the above-styled cause has been settled, it is

**ADJUDGED** that this cause is hereby **DISMISSED** without prejudice to the right of any party to reopen the action within 30 days, upon good cause shown, or to submit a stipulated form of final judgment.

**DONE** and **ORDERED** this 3rd day of December, 2008.

_____
**ROBERT B. PROPST**
**SENIOR UNITED STATES DISTRICT JUDGE**